# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2842

_____

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Arkansas. |
| Odel Clay, | * |
| | * [UNPUBLISHED] |
| Appellant. | * |

_____

Submitted: January 15, 1999
Filed: January 21, 1999

_____

Before BOWMAN, Chief Judge, MURPHY, Circuit Judge, and VIETOR,[1] District
Judge.

_____

PER CURIAM.

Odel Clay pleaded guilty to a federal crack cocaine charge, preserving for appeal
his claim that the District Court[2] erred by denying his motion to suppress.

_____

[1]The Honorable Harold D. Vietor, United States District Judge for the Southern
District of Iowa, sitting by designation.

[2]The Honorable William R. Wilson, Jr., United States District Judge for the
Eastern District of Arkansas.

Having carefully considered Clay's appeal, we conclude that the motion to suppress was correctly denied.  Accordingly, Clay's conviction is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.